Official Website of the Department of Homeland Security

Report Cri

Main Menu

# Search Results: 1

**ANGEL JESUS ALMONTE**

**Country of Birth :** Dominican Republic
**A-Number:** 222514652
**Status :** In ICE Custody
**State:** NY
**Current Detention Facility**: BROOKLYN MDC

** Click on the Detention Facility name to obtain facility contact information*

BACK TO SEARCH >

## Related Information

### Helpful Info

- Status of a Case
- About the Detainee Locator
- Brochure
- ICE ERO Field Offices
- ICE Detention Facilities
- Privacy Notice

### External Links

Bureau of Prisons Inmate Locator

DHS.gov USA.gov OIG Open Gov FOIA Metrics No Fear Act Site Map Site Policies & Plug-Ins