DEPARTMENT OF HOMELAND SECURITY

# NOTICE OF CUSTODY DETERMINATION

Alien's Name: ALMONTE, ANGEL JESUS

A-File Number: 222 514 652

Date: 05/06/2026

Event ID: NYC2605000882

Subject ID: 402272965

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of title 8, Code of Federal Regulations, I have determined that, pending a final administrative determination in your case, you will be:

☒ Detained by the Department of Homeland Security.

☐ Released (check all that apply):

- ☐ Under bond in the amount of $ ________
- ☐ On your own recognizance.
- ☐ Under other conditions. [Additional document(s) will be provided.]

POLIARD, A12445 [signature]
Name and Signature of Authorized Officer

05/06/2026 9:28 PM
Date and Time of Custody Determination

Deportation Officer
Title

DOCKET CONTROL OFFICE NEW YORK
26 FEDERAL PLAZA
~~NEW YORK, NY US~~
Office Location/Address

You may request a review of this custody determination by an immigration judge.

☒ I acknowledge receipt of this notification, and

- ☒ I **do** request an immigration judge review of this custody determination.
- ☐ I **do not** request an immigration judge review of this custody determination.

Refused to Sign
Signature of Alien

05/06/2026
Date

The contents of this notice were read to ALMONTE, ANGEL JESUS (Name of Alien) in the SPANISH (Name of Language) language.

MEREJO, H13016 [signature]
Name and Signature of Officer

MEREJO, H13016
Name or Number of Interpreter (if applicable)

Deportation Officer
Title