**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**NEW YORK - VARICK IMMIGRATION COURT**

Respondent Name:
ALMONTE, ANGEL JESUS

To:
ALMONTE, ANGEL JESUS
MDC BROOKLYN
80 29TH STREET
BROOKLYN, NY 11232

A-Number:
222-514-652

Riders:
In Custody Redetermination Proceedings

Date:
06/03/2026

**ORDER OF THE IMMIGRATION JUDGE**

☑ Respondent ☐ The Department of Homeland Security has filed the following motion in these proceedings:
Motion to Withdraw Bond Redetermination Hearing Without Prejudice

After considering the facts and circumstances, the motion is ☑ granted ☐ denied for the following reason(s):
The respondent agreed to withdrawal without prejudice on the record.

Immigration Judge: CONROY, CHARLES 06/03/2026

Appeal: Department of Homeland Security: ☐ waived ☐ reserved
Respondent: ☐ waived ☐ reserved

Appeal Due:

**Certificate of Service**

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ M ] Alien | [ M ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : ALMONTE, ANGEL JESUS | A-Number : 222-514-652

Riders:

Date: 06/03/2026 By: CONROY, CHARLES, Immigration Judge